IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| KIRK R. MOLDER,<br><br>Plaintiff,<br><br>vs.<br><br>JIM SALMONSEN, et al.,<br><br>Defendants. | Cause No. CV 25-61-H-DWM<br><br>ORDER |

Defendants filed a motion for summary judgment with supporting documents on October 26, 2025. (Doc. 35.) Defendants did not file the *Rand* notice required by L.R. 56.2 at the time a motion for summary judgment is filed against an incarcerated plaintiff proceeding pro se. L.R. 56.2(b) states: "Failure to provide the above Notice and Warning will result in denial of the motion for summary judgment, regardless of whether the motion is fully briefed." Defendants' motion is denied.

The Ninth Circuit takes the *Rand* notice obligation seriously. The notice requirement "effectuates the purpose of the Federal Rules to eliminate procedural booby traps which could prevent unsophisticated litigants from ever having their day in court." *Crowley v. Bannister*, 734 F.3d 967, 978 (9th Cir. 2013). In *Woods v. Carey*, 684 F.3d 934, 935 (9th Cir. 2012), the court held "that *Rand* … notices must be served concurrently with motions to dismiss and motions for summary

judgment so that pro se prisoner plaintiffs will have fair, timely and adequate notice of what is required of them in order to oppose those motions." *See also Labatad v. Corr. Corp. of Am.*, 714 F.3d 1155, 1159 (9th Cir. 2013) (per curiam) (explaining "[t]he *Rand* notice must issue so that the litigant will receive the motion and the notice reasonably contemporaneously" and holding that although there was a delay in sending the *Rand* notice, it was harmless error).

Accordingly, it is HEREBY ORDERED:

1. Defendants' motion for summary judgment is DENIED, subject to renewal with the proper *Rand* notice. (Doc. 35.)

2. At all times, Plaintiff Molder must advise the Court of any change of address. Failure to do so may result in dismissal of the action without notice to him for failure to prosecute.

DATED this 30th day of October, 2026.

Donald W. Molloy, District Judge
United States District Court